UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NAMEL NORRIS,

                       Plaintiff,

    -against-

AMERICAN TRASH LLC et al.,

                      Defendants.

------------------------------------- x

ORDER

18 Civ. 7750 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 16, 2020 conference is adjourned to June 18, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE