

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

NAMEL NORRIS,

              Plaintiff,

    -against-

AMERICAN TRASH LLC, *a New York limited liability company d/b/a* AMERICAN TRASH BAR;
MUR-JAY REALTY CORP, *a New York corporation*,

              Defendants.

------------------------------------ x

ORDER

18 Civ. 7750 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within ninety (90) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: July 21, 2020
       New York, New York

                                SO ORDERED.

                                GEORGE B. DANIELS
                                United States District Judge